Case 1:25-cv-00158   Document 5   Filed on 07/25/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LEONARDO S.[1], § | |
|     Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. 1:25-cv-158 |
| § | |
| UNITED STATES IMMIGRATION AND § | |
| CUSTOMS ENFORCEMENT, *et al.*, § | |
|     Respondent. § | |

## ORDER SETTING STATUS CONFERENCE

Petitioner Leonardo S. filed a Petition for Writ of Habeas Corpus in the United States District Court for the District of New Jersey alleging unlawful detention by federal immigration authorities. Dkt. No. 1. After review of the record, the District Court for New Jersey transferred his petition to this District and Division based upon the Petitioner's assertion that he is confined at the Port Isabel Service Processing Center in Los Fresnos, Texas. Dkt. No. 3.

The United States Supreme Court has made clear that for purposes of a habeas corpus petition under 28 U.S.C. § 2241, the only proper respondent is the immediate custodian of the petitioner who has the ability to produce the petitioner before the Court. *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). The Court notes that the proper respondent is the custodial officer of the facility at which Leonardo S. is allegedly detained, here the Port Isabel Service Processing Center in Los Fresnos, Texas. The Court hereby **DIRECTS** the Clerk of Court to correct the docket to reflect **Carlos D. Cisneros** – the Facility Assistant Field Office Director at the Port Isabel Service

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

Processing Center – as the Respondent. If Cisneros is no longer the custodial officer for the Port Isabel Service Processing Center, the Government shall inform the Court of who is the proper respondent.

Additionally, the Court **SETS** a status conference for **August 28, 2025, at 10:00 a.m. CDT** to discuss the progress of this case. Parties are advised to be prepared to discuss the Court's subject matter jurisdiction.

All parties may appear in-person or via videoconference. To appear virtually, please contact the court at (956) 548–2570 to receive the videoconferencing information. Instructions for videoconferencing will only be sent upon request. **Any videoconferencing request must be made no later than 5:00 p.m. CDT on August 26, 2025, in advance of the scheduled conference.**

Signed on July 25, 2025.

*Karen Betancourt*
Karen Betancourt
United States Magistrate Judge