United States District Court
Southern District of Texas
**ENTERED**
August 27, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LEONARDO SUAREZ-HIDALGO, | § | |
|     "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:25-cv-00158 |
| | § | |
| UNITED STATES IMMIGRATION AND | § | |
| CUSTOMS ENFORCEMENT, *et al.*, | § | |
|     "Respondents." | § | |

## ORDER

Before the Court is the "Joint Stipulation of Dismissal" (Dkt. No. 9). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Petitioner's claims against Respondents are **DISMISSED with prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is hereby **ORDERED** to close this case.

Signed on August 27, 2025.

_____
Rolando Olvera
United States District Judge